

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| V. | 19-MJ-3021 |
| Tyrone Lewis, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __8/6/19__, ____, at __10:30__ ☒ a.m. / ☐ p.m. before the Honorable __J. Chooljian__, in Courtroom __750 Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/2/19__

_____
U.S. District Judge/Magistrate Judge